UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CORINNE COOPER, ET AL.,
    Plaintiffs

v.　　　　　　　　　　　　　　　　　　CASE NO. 4:17-cv-00490-RM

EQUIFAX INC., EQUIFAX CONSUMER
SERVICES LLC, AND EQUIFAX
INFORMATION SERVICES LLC,
    Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Corinne Cooper, Morgan Rutherford, Donna Deconcini, Mary Bradley, Debbie Reinert, and Randy Reinert ("Plaintiffs") and Defendants Equifax Inc., Equifax Consumer Services LLC, and Equifax Information Services LLC ("Equifax"), by counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal, with prejudice of each claim and count therein asserted by Plaintiffs against Equifax with each party to bear its own costs and attorneys' fees. Plaintiffs and Equifax further stipulate to the Court's jurisdiction to enforce the parties' resolution of this action.

Respectfully submitted this 15th day of May, 2020.

/s/ *Sidney Stewart Haskins, II*
Sidney Stewart Haskins, II
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
shaskins@kslaw.com
*Counsel for Defendants*

/s / *Leonard Bennett*
Leonard Anthony Bennett, *pro hac vice*
Consumer Litigation Associates 763 J
Clyde Morris Boulevard Suite 1A
Newport News, VA 23601

Tel: 757-930-3660
Fax: 757-930-3662
Email: lenbennett@clalegal.com
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

This is to certify that I have this 15th day of May, 2020, served a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record and:

Sidney Stewart Haskins, II
Zachary Andrew McEntyre
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
shaskins@kslaw.com

*Counsel for Defendants Equifax Inc.,*
*Equifax Consumer Services LLC, and*
*Equifax Information Services LLC*

                                                            /s/ *Leonard Bennett*
                                                            Leonard Bennett